JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER CAMARENA,<br><br>                Plaintiff,<br><br>-against-<br><br>UNIVERSAL RECOVERY CORPORATION,<br><br>                Defendant. | Case No.: 8:16-cv-01288-JLS-JCG<br><br>**The Hon. Josephine L. Staton**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 7/12/16<br>Answer Filed: 9/8/16 |

THE COURT having reviewed the Parties' Joint Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees.

Date: October 30, 2017

                                              JOSEPHINE L. STATON
                                              _____
                                              HON. JOSEPHINE L. STATON